William J. LEADER, Appellant, v. Henry CHRONISTER.

No. 14566.

United States Court of Appeals
Eighth Circuit.

Sept. 9, 1952.

M. W. Henson, Poplar Bluff, Mo., for appellant.

W. Jack Moore, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee.